**UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| DAITONA CARTER,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>STEPHEN A. FEINBERG, in his official capacity as Deputy Secretary of Defense; PETE HEGSETH, in his official capacity as Secretary of Defense; and WALTER JAY CLAYTON, in his official capacity as Director of National Intelligence,<br><br>Defendant-Appellees. | USCA Case No. 26-5358<br>Originating D.C. Dist. Ct. Case No. 1:26-cv-03318-APM) |

**EMERGENCY MOTION FOR ACCOUNT MODIFICATION TO RECEIVE ELECTRONIC SERVICE ONLY AS AN ADA ACCOMMODATION**

Plaintiff-Appellant Daitona Carter, proceeding *pro se*, respectfully moves this Court to immediately modify her account status to **Electronic Service Only** under the absolute mandate of the Americans with Disabilities Act (ADA) and Fifth Amendment Procedural Due Process. In support thereof, Plaintiff states as follows:

1. This appeal was officially opened as a United States Civil Case on October 15, 2026, with an approved *In Forma Pauperis* (IFP) status linked to her profile. Concurrently, the Clerk

entered an order setting a terminal brief and appendix deadline of December 4, 2026.

2. Plaintiff has an active **Motion to Permit Pro Se Electronic Filing Status (Entry 2198440)** currently sitting on this docket, which remains unadjudicated and possibly unread.

3. Because that motion is pending, this Court's automated tracking database defaults her account to a paper-only profile, routing all orders, short-fuse deadlines, and Department of Justice oppositions exclusively via physical United States Postal Mail.

4. **Plaintiff explicitly notifies the Court that she cannot physically access, retrieve, or process physical mail or paper delivery networks.** Due to severe physical injuries, and situational constraints directly intertwined with the core subject matter of her federal cases, she is completely isolated from physical delivery channels.

5. Because Plaintiff is physically barred from accessing a mailbox or receiving paper mail, the current default paper-only notification standard places her in a total blind spot. Any short-fuse orders or opposition briefs filed by the government are entirely invisible to her, creating an immediate threat of automatic dismissal for lack of prosecution before her December 4 deadline.

6. Under long-standing federal due process mandates, a civil court cannot enforce a paper-only notification requirement against an unrepresented citizen when it is a documented physical impossibility for that citizen to access a physical mailbox. *Armstrong v. Manzo*, *380 U.S. 544, 552 (1965).*

7. To prevent immediate, irreversible procedural forfeiture, Plaintiff demands that the Court modify her account configuration to a non-paper status. This modification requires no complex litigation analysis and imposes zero administrative or financial burden on the Clerk's Office.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff-Appellant respectfully requests that this Court immediately grant this Motion as a mandatory reasonable accommodation under the ADA and direct the Clerk to:

1. Modify her account settings under **USCA Case No. 26-5358** to **Electronic Service Only;** and
2. Route all future Notices of Electronic Filing (NEFs), orders, and adverse submissions exclusively to her email address, completely bypassing the physical postal mail track.

October 21, 2026

Respectfully submitted,

Daitona Carter

Daitona Carter

Show all (3)

25% back in points on custom print orders. Activate now

Search

40% off holiday print. Coupon code: 96626
Details

Back to order history

# Order # [redacted]

Order Date: October 22, 2026

Print this page

## Courier

Order confirmed — In progress — Out for delivery — Delivered

**Delivery by:** 1:56 pm on October 22, 2026
**Items:** Simple Print

### Simple Print

**26-5358_Emergency_Motion_Account_Modification_ADA.pdf**

**Product configuration:** 4 pages • Letter (8.5"x11") • 24# Standard White • Black Ink • Corner Staple
**Quantity:** 1
**Unit Price:** $1.39
**Price:** $1.39

## Order Summary

| | |
|---|---|
| Subtotal (1 item) | $1.39 |
| Courier Delivery | $14.99 |
| Tax | $0.08 |
| **Order total** | **$16.46** |

**Easy Rewards.**

To view your Easy Rewards breakdown, please sign into an existing Staples account.

Staples

**About**

Contact Print & Marketing Services
Image Storage Policy
Privacy Notice
Terms and Conditions
Price Match Guarantee and Policy

**Quick Links**

Copies
My Projects
My Orders
Store Locator
Easy Rewards
Create Your Own

**More Business Solutions**

Business Forms

Checks

Promotional Products

Courier Services

Lamination Services

Cardstock Printing

**Join Us On**

This website is intended for use by US residents only. Staples, Inc., All Rights Reserved.

See our delivery policy for full details

© 1998-2026

Privacy Notice

Cookie Preferences

Do Not Sell or Share My Personal Information

California Notice

Staples Receipt

## Order Details

| | |
|---|---|
| Order Number: | [redacted] |
| Order Date: | Oct. 22, 2026 |
| Delivery items ship to | |
| Pickup products at | |

## Payment Details

**INVOICE TO**

[redacted]

**Payment Method**

PayOnine

## Order Summary

| ITEM | QTY | PRICE |
|---|---|---|
| **Courier Delivery Products** | | |
| 26-5358_Emergency_Motion_Account_Modification_ADA.pdf | 1 | $1.39 |
| **Subtotal** | | $1.39 |
| Courier Delivery | | $14.99 |
| Estimated Tax | | $0.08 |
| Total | | $16.46 |

Plaintiff-Appellant, Pro Se
General Delivery, Main Post Office
2 Massachusetts Ave NE
Washington, DC 20002
No Phone. All communications by email only.
legal@daitonacarter.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2026, a true and correct copy of the foregoing Emergency Motion was served electronically via direct electronic mail upon Lead Counsel for the Defendants-Appellees:

**Johnny Hillary Walker, III**
Assistant U.S. Attorney, Civil Division
johnny.walker@usdoj.gov

Daitona Carter, Plaintiff-Appellant Pro Se

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

OCT 28 2026

RECEIVED

Staples

ORDER TICKET
Page 1 of 1

Order #: **6956438687**

Total Jobs: **1**

**Store #: 1561**
2950 Belcrest Center Drive
MD 20782
+1 (301) 559-2494

PAYMENT: **Paid - Paid Online**

**COURIER**

## CUSTOMER INFORMATION

| | |
|---|---|
| Customer Name: | **of the Court, Clerk** |
| Company: | U.S. Court of Appeals for the D.C. Circuit |
| Address: | 1 GENERAL DELIVERY<br>NEW YORK, NY 33331 |
| Phone: | +1 (202) 216-7000 |
| Email: | legalresearch@tuta.com |
| Rewards #: | |
| Alt Pickup Name: | of the Court, Clerk |
| Phone: | +1 (202) 216-7000 |
| Email: | legalresearch@tuta.com |

## SCHEDULE

| | |
|---|---|
| Date Created: | Oct 26, 2026 01:51 PM EDT |
| Due Date: | **Oct 26, 2026 04:46 PM EDT** |
| Est. Run Time: | 6m |
| Source: | design.staples.com |
| Origin Facility: | **CC1561** |
| Delivery Method: | **Courier** |

## JOB INFORMATION

| JOB NO. | QTY | PRODUCT NAME |
|---|---|---|
| 155707839 | 1 | Simple Print |

## QUALITY CHECK

- ☐ Verified finished product to originals
- ☐ Reviewed proof or job instructions
- ☐ Special Instructions were followed
- ☐ Correct finished quantity
- ☐ Images are crisp and not pixelated
- ☐ Colors are accurate and consistent
- ☐ Correct paper type, color and size
- ☐ Stapling and placement correct

RECEIVED
U.S. COURT OF APPEALS
FOR THE D.C. CIRCUIT
2026 OCT 27 P 4:55
FILING DEPOSITORY

Order Produced by (Please Print)

Order Quality Checked By (Please Print)

Thank you for your continued business!

When it comes to 100% quality, every detail counts. That's why we have created this Quality Checklist specifically for your order.

**INTERNAL ONLY**

Staples

# PICKUP CONFIRMATION



## CUSTOMER INFORMATION

Customer Name: **of the Court, Clerk**

Alt Pickup Name: **of the Court, Clerk**

Company: U.S. Court of Appeals for the D.C. Circuit

Phone: +1 (202) 216-7000

Email: legalresearch@tuta.com

Rewards #:

## ORDER INFORMATION

Order #: **6956438687**

Number of Jobs: **1**

Date Created: **Oct 26, 2026 01:51 PM EDT**

Sub Total: **$4.84**

Order Total: **$5.13**

## ORDER DETAILS

| JOB NO. | QTY | PRODUCT NAME | BIN # |
|---|---|---|---|
| 155707839 | 1 | Simple Print | ________ |



Customer Name/Alt Pickup Name

Discard on Pickup

**of the Court/of th**

of the Court: +1 (202) 216-7000

**of the Court, Clerk**

Order # **INTERNAL ONLY**

6956438687

| | |
|---|---|
| Company Name<br>**U.S. Court of Appeals for the D.C. C** | Due Date<br>**Oct 26, 2026 04:46 PM EDT** |
| Phone<br>**+1 (202) 216-7000** | Source<br>**design.staples.com** |
| Ship To<br>**of the Court, Clerk333 Constitution Avenue, N.W. RM 5205 WASHINGTON DC 20001** | **Courier Pickup** |
| Special Instructions | Origin Facility<br>**CC1561** |
| | City, State<br>**Hyattsville, MD** |
| | Est. Run Time<br>**6m** |
| | Delivery Method<br>**Courier** |
| | Delivery Type<br>**courier** |



## Print Only

| Product Quantity: | # of Pages: | Finished Size: |
|---|---|---|
| **1** | **13** | **8.5" x 11"** |

Job Name
**26-5358_Emergency_Motion_Account_Modification...**

File Name
**26-5358_Emergency_Motion_Account_Modification_ADA_printready.pdf**

| Preflight | File Notes |
|---|---|
| | |

## Simple Print

| | | | |
|---|---|---|---|
| Press: | **XEROX D95** | Number Up: | **1** |
| # of Clicks: | **13** | Print Quantity: | **1** |
| Stock: | **28# Premium White 8.5x11** | Press Sheet Size: | **11" x 8.5"** |
| Sheet Count: | **13** | Bleeds: | **No** |
| Color: | **Black and White** | Printed Sides: | **One Sided** |
| Orientation: | **Portrait** | Collation: | **Sheet and Set** |
| Page Count: | **13** | | |

| Total Job(s) In Order | Jobs in Facility | Job # | Customer Name |
|---|---|---|---|
| 1 | **Job 1 of 1** | **155707839** | **of the Court, Clerk** |